**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


**ONIBAG FIGUEROA,**

             **Plaintiff,**
**vs.**                                          **CIV No. 1:21-00094-KRS**

**ANDREW SAUL,**
**Commissioner of Social Security,**

             **Defendant.**

**ORDER GRANTING EXTENSION**

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for

Extension of Time to File the Electronic Certified Administrative Record and Answer to

Plaintiff's Complaint (Doc. 10), it being stated that Plaintiff concurs in the granting of the

motion, the Court having read the motion and being fully advised in the premises finds that there

is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through June 8, 2021, to file

his answer or otherwise respond to Plaintiff's Complaint.


_____
KEVIN R. SWEAZEA
United States Magistrate Judge


SUBMITTED AND APPROVED BY:

*Electronically submitted 04/06/2021*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 04/06/2021*
LAURA J. JOHNSON
Attorney for Plaintiff