IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ONIBAG FIGUEROA,**

      **Plaintiff,**

vs.                                  CIV No. 1:21-00094-KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Second Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 12), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through August 9, 2021, to file his answer or otherwise respond to Plaintiff's Complaint.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted 06/08/2021_
M. THAYNE WARNER
Special Assistant United States Attorney

_Electronically approved 06/08/2021_
LAURA J. JOHNSON
Attorney for Plaintiff